## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **STEVE ALLEN POSEY,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    v. | )   **CASE NO. 2:24-CV-64-RAH-CSC** |
| | ) |
| **CHADWICK CRABTREE,** *et al.***,** | ) |
| | ) |
|    **Defendants.** | ) |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation filed June 5, 2024 (Doc. 10), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 8th day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE